UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLOBAL TECH INDUSTRIES GROUP INC., a Nevada Corporation,

        Plaintiff,

– against –

DAVID WELLS, a natural person,

        Defendants.

**ORDER**

21 Civ. 6891 (ER)

Ramos, D.J.:

    On April 25, 2022, Plaintiff, seeking emergency relief, requested a hearing to show cause for a preliminary injunction.  Doc. 27.  On April 29, 2022, the hearing was held.  For the reasons set forth on the record, Plaintiff's request for a preliminary injunction is denied.

    It is SO ORDERED.

Dated:    April 29, 2022
            New York, New York

                                                Edgardo Ramos, U.S.D.J.