**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
GLOBAL TECH INDUSTRIES GROUP INC.,

                Plaintiff,

-against-                              21 **CIVIL** 6891 (ER)

                                                    **<u>JUDGMENT</u>**

DAVID WELLS,

                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 21, 2022, Wells' motion to dismiss for lack of personal jurisdiction is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       July 21, 2022

                                                                 **RUBY J. KRAJICK**
                                                               _____
                                                                  **Clerk of Court**
                                 **BY:**       *K. Mango*
                                                           _____
                                                                  **Deputy Clerk**